**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00027-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MINH THONG,

    Defendant.

---

## PROTECTIVE ORDER

---

**Blackburn, J.**

The matter is before me on the government's **Unopposed Motion For a Protective Order** [#14][1] filed February 20, 2014.  After reviewing the motion and the record, I enter the following findings and order:

1. That due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C.§ 3509, including § 3509(d), apply to this case;

2. That the Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management system and electronic case filing  (CM/ECF). I use this convention throughout this order.

identity or other personal information of the minor victim;

      3. That due to the nature of the case, there is a significant possibility that disclosure to the public of the names or other information concerning any minor victims or witnesses in this case would be detrimental to the minors; additionally, the unnecessary disclosure of documents related to the initial investigative lead materials could jeopardize the safety of witnesses or reveal details to other potential targets of the investigation; and

      4. That the defendant does not object to the entry of a protective order with the terms and conditions outlined below.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the government's **Unopposed Motion For a Protective Order** [#14] filed February 20, 2014, is **GRANTED**;

      2.  That all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any and all pre-trial and post-trial proceedings in this case, refer to any minors involved by a pseudonym such as "Minor #1" for each such minor;

      3.   That all documents that disclose the name or any other information concerning a child shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(i);

      4.  That all documents that disclose the name or any other information concerning a child or the information in them that concerns a child shall be disclosed

only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

     5.  That the government shall provide defense counsel with a copy of discovery in this case, which discovery may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case;

     6.  That no discovery materials that disclose the name or any other information concerning a child (including any depictions of the child) shall be provided to the defendant; additionally, no discovery materials that disclose details regarding the initial investigative lead shall be provided to the defendant; and furthermore, that the defendant may be allowed to view the discovery materials referenced in this paragraph, but only while in the direct presence of defense counsel.

     7.   That all papers that disclose the name or other information concerning a child shall be filed under restriction without necessity of obtaining a court order;

     8.  That counsel for the government and counsel for defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed *in camera*;

     9.  That defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard the above-referenced information; and

10.  That a copy of this Order shall be kept with the discovery materials at all times.

Dated February 20, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge